IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02579-RPM-KLM

DOROTHY W. BAKER,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., d/b/a THE GREAT INDOORS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion (Unopposed) to Amend Scheduling Order Concerning the Deadlines for Expert Disclosures** [Docket No. 14; Filed March 25, 2011] ("Motion No. 14") and **Joint Motion (Unopposed) to Permit Non-Party Attendees at Settlement Conference** [Docket No. 15; Filed March 25, 2011] ("Motion No. 15").

    IT IS HEREBY **ORDERED** that Motion No. 14 is **GRANTED**.  The Scheduling Order entered on December 21, 2011 [Docket No. 11] is amended to extend the following deadlines.

- Expert Disclosure Deadline          **May 30, 2011**
- Rebuttal Expert Disclosure Deadline    **June 30, 2011**

    IT IS HEREBY **ORDERED** that Motion No. 15 is **GRANTED**.  Plaintiff's husband and a representative from Defendant's risk management company may attend the Settlement Conference.

    Dated:  March 28, 2011