IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-02579-RPM-KLM

DOROTHY W. BAKER,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., DBA THE GREAT INDOORS,

    Defendant.

_____

ORDER DENYING JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION ON MATTERS OF SETTLEMENT
_____

    On May 31, 2011, the parties filed a Joint Motion to Dismiss All Claims With Prejudice and For Court to Retain Jurisdiction on Matters of Settlement.  It recites that the settlement agreement has not been fully performed because of a Medicare lien.  No other terms of settlement have been disclosed.  It is not the practice of this court to retain jurisdiction to enforce a settlement agreement.  It is therefore

    ORDERED that the motion is denied.

    Dated: June 1st , 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge