IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-02579-RPM-KLM

DOROTHY W. BAKER,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., DBA THE GREAT INDOORS,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulation For Dismissal With Prejudice, filed July 1, 2011 [30], it is

    ORDERED that this civil action is dismissed with prejudice with each party yo pay its own costs and fees.

    Dated: July 5th , 2011

                                    BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge